BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. 2:12-CR-080 GEB |
| v. | ORDER UNSEALING CASE |
| HERMAN KEESE, et al., | |
| Defendants. | |

Upon application of the government, and good cause appearing therefore, IT IS HEREBY ORDERED that the above-referenced case be, and hereby is, UNSEALED.

DATED: March 7, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE