BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:12-CR-0080 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO EXCLUDE TIME |
| HERMAN KEESE,et.al. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from July 13, 2012 to August 31, 2012 at 9:00 a.m. They stipulate that the time between July 13, 2012 and August 31, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the all defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Approximately 83 CD's containing audio, video and paper documents were provided by the government to all defense counsel on July 6, 2012. All defense counsel need additional time to review the latest discovery provided, discuss that discovery with

the defendants, and to continue their investigation into the matter.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: July 10, 2012        By:    /s/ Heiko P. Coppola
                                  HEIKO P. COPPOLA
                                  Assistant U.S. Attorney


DATE: July 10, 2012               /s/ Victor Haltom
                                  VICTOR HALTOM
                                  Attorney for Defendant Herman
                                  Keese

                                  /s/ Peter Kmeto
_____         PETER KMETO
                                  Attorney for Defendant Deborah
                                  Barnes

                                  /s/ Chris Cosca
_____         CHRIS COSCA
                                  Attorney for Defendant Marcus
                                  Law

                                  /s/ Clemente Jimenez
                                  CLEMENTE JIMENEZ
                                  Attorney for Defendant James
                                  Bradley


                                  **SO ORDERED.**

Dated:  July 10, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2