```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8           FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CASE NO. 2:12-CR-080 GEB
                                 )
11              Plaintiff,       )
                                 )
12      v.                       )   STIPULATION AND
                                 )   ORDER TO EXCLUDE TIME
13  HERMAN KEESE,et.al.          )
                                 )
14                               )
                Defendant.       )
15  _____)
16
17      The parties request that the status conference in this case
18  be continued from August 31, 2012 to November 9, 2012 at 9:00
19  a.m.  They stipulate that the time between August 31, 2012 and
20  November 9, 2012 should be excluded from the calculation of time
21  under the Speedy Trial Act.  The parties stipulate that the ends
22  of justice are served by the Court excluding such time, so that
23  counsel for the all defendants may have reasonable time necessary
24  for effective preparation, taking into account the exercise of
25  due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.
26      Approximately 83 CD's containing audio, video and paper
27  documents were provided by the government to all defense counsel
28  on July 6, 2012.  All defense counsel need additional time to
```

review the latest discovery provided, discuss that discovery with the defendants, and to continue their investigation into the matter.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: August 24, 2012   By:   /s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant U.S. Attorney

DATE: August 24, 2012         /s/ Victor Haltom
VICTOR HALTOM
Attorney for Defendant Herman Keese

/s/ Peter Kmeto
PETER KMETO
Attorney for Defendant Deborah Barnes

/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant Marcus Law

/s/ Clemente Jimenez
CLEMENTE JIMENEZ
Attorney for Defendant James Bradley

**SO ORDERED.**

Dated: August 24, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge