**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

UNITED STATES OF AMERICA

Plaintiff(s),                                   Case No. 12 Cr. 0080 (GEB)

v.

HERMAN KEESE

                    Defendant(s).


I,        CHRISTOPHER BOOTH
,

attorney for____HERMAN KEESE
,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule

180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

        My business address is:

Firm Name:          Lipman & Booth LLC

Address:            11 Broadway

                    Suite 1054

City:               New York

State:              New York,  ZIP Code: 10004

Voice Phone:         (212)  363-6969

FAX Phone:           (212)  363-6041

Internet E-mail:    Cbooth@lipmanandbooth.com

Additional E-mail: _____

I reside in City:   Scarsdale,  State:   New York

I was admitted to practice in the <u>United States District Court, for the Southern District of New York ,</u>

on <u>September 13, 1994</u>.  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:          Danny Brace

Firm Name:   Law office of Danny Brace Jr.

Address:       901 H Street

                   Suite 500

City:            Sacramento

State:           California   ZIP Code: 95814

Voice Phone:  <u>(916)  552-6660</u>

FAX Phone:    <u>(916)  447-0592</u>

E-mail:         dbrace@bracelaw.com


Dated: <u>December 19, 2012</u>   Petitioner: CHRISTOPHER BOOTH

**ORDER**

IT IS SO ORDERED.

**Date:** <u>1/2/2013</u>

                                                _____

                                                GARLAND E. BURRELL, JR.
                                             Senior United States District Judge