1  DAVID D. FISCHER, SBN 224900
   LAW OFFICES OF DAVID D. FISCHER, APC
2  1007 7th St Ste 100
3  Sacramento, CA 95814
   Telephone:    (916) 447-8600
4  Fax:          (916) 930-6482
5  E-Mail:       davefischer@yahoo.com

6  Attorney for Defendant
7  BRETT TOWNSEND

8

9        IN THE UNITED STATES OF DISTRICT COURT FOR THE

10             EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,

14                                          CR.S.  No.  Cr. 2:12-CR-00080 GEB
                        Plaintiff,
15                                          **REQUEST FOR AN ORDER [AND
                                            PROPOSED ORDER] DIRECTING
16          v.                              THE U.S. MARSHALS SERVICE TO
                                            PROVIDE TRANSPORTATION TO
17  BRETT TOWNSEND                          THE DEFENDANT FROM
                        Defendant.          CALIFORNIA TO PENNSYLVANIA**
18
19

20

21

22        Mr. Townsend is a resident of Philadelphia, was arrested there, and transported to

23  the Eastern District of California.  He was released on conditions and is supervised by the

24  Pretrial Services Agency.  Mr. Townsend wishes to return home to Philadelphia.  He is

25  indigent and without sufficient financial resources to return to Philadelphia on his own.  I

26  have contacted the U.S. Marshals Service and have confirmed that they are able to pay

27  for transportation for the defendant to return to Philadelphia if they have a Court order

28  directing them to do so.  Therefore, Mr. Townsend requests the court to order the U.S.

- 1 -

Marshals Service to provide transportation to Philadelphia because he is indigent and unable to pay for the cost to return to Philadelphia, Pennsylvania on his own.

Respectfully submitted,

Dated:  January 30, 2013                                /s/ David D. Fischer
                                                       DAVID D. FISCHER
                                                       Attorney for Defendant
                                                       BRETT TOWNSEND

**IT IS SO ORDERED**

Dated:  January 31, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE