CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for James Bradley

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No.: CR. S-12-080 TLN |
| Plaintiff, | DEFENDANT JAMES BRADLEY'S WAIVER OF PERSONAL APPEARANCE |
| vs. | |
| JAMES BRADLEY, et al., | |
| Defendants. | |

    Defendant, James Bradley, hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when so ordered by the court.

    Defendant Bradley hereby requests the Court to proceed during any absence of the defendant which the Court may permit pursuant to this waiver. Defendant agrees that his interests will be deemed represented at all times by the presence of his attorney or designee, the same as if defendant were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in defendant's absence.

    Defendant Bradley further acknowledges that he has been informed of his rights under Title 18 U.S.C. 3161-3174 of the Speedy Trial Act and authorizes his counsel to set times and delays under the Act without his being present.

- 1 -

DATED:                          I consent to the above waiver of personal appearance.

                                /s/_____
                                JAMES BRADLEY


DATED: April 15, 2013           I agree to the above waiver of personal appearance.

                                /s/_____
                                CLEMENTE M. JIMÉNEZ


DATED: April 23, 2013           I approve the above waiver of personal appearance.

                                _____
                                Troy L. Nunley
                                United States District Judge