CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
JAMES BRADLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES BRADLEY, et al.,<br><br>　　　　Defendants. | Case No.: 2:12-cr-080-TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:　October 17, 2013<br>TIME:　9:30 a.m.<br>JUDGE:　Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko Coppola, Counsel for Plaintiff; Michael Chastaine, Counsel for Defendant DEBORAH BARNES; Christopher Cosca, Counsel for Defendant MARCUS LAW; Clemente M. Jiménez, Counsel for Defendant JAMES BRADLEY; and David Fischer, Counsel for BRETT TOWNSEND, that the status conference scheduled for October 17, 2013, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on November 21, 2013, at 9:30 a.m. for further status conference. Discovery in this case is voluminous, consisting of hundreds of pages of discovery and several dozen hours of audio recordings. Counsel require additional time to review discovery and confer with their respective clients. *THIS STIPULATION DOES NOT INCLUDE DEFENDANT HERMAN KEESE.*

12cr080 Bradley et al - Stip to Cont　　　　- 1 -
10/17/13

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: October 15, 2013

/S/ Heiko Coppola
HEIKO COPPOLA
Attorney for Plaintiff

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for JAMES BRADLEY

/S/ Michael Chastaine
MICHAEL CHASTAINE
Attorney for DEBORAH BARNES

/S/ Christopher Cosca
CHRISTOPHER COSCA
Attorney for MARCUS LAW

/S/ David Fischer
DAVID FISCHER
Attorney for BRETT TOWNSEND

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for October 17, 2013, at 9:30 a.m., be vacated and the matter continued to November 21, 2013, at 9:30 a.m., for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 17th day of October 2013

_____
Troy L. Nunley
United States District Judge