MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way
Gold River, CA 95670

Telephone: 916-732-7150
Attorneys for Defendant
Deborah Barnes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:12 CR 080 TLN |
| Plaintiff, | ) STIPULATION AND ORDER MODIFYING ) CONDITIONS OF RELEASE |
| v. | ) |
| DEBORAH BARNES, | ) |
| Defendant. | ) |

On or about March 7, 2012, Ms. Deborah Barnes was arrested along with her husband (co-defendant Herman Keese) and several other persons. On that date Ms. Barnes was released from custody on conditions of release including Condition 8 which requires Ms. Barnes to submit to drug and /or alcohol testing as approved by the pretrial services officer. Ms. Barnes has been under this condition since March of 2012. She has tested regularly and all of her tests have been negative. Counsel for Ms. Barnes has been in contact with her pretrial officer in San Francisco – Jose Libby. He indicated that he has no objection to this request.

**STIPULATION**

Therefore, Plaintiff, United States, and Defendant, Deborah Barnes, through her undersigned counsel, hereby stipulate and agree that the Court should delete condition 8 of Ms. Barnes's release conditions to delete the requirement that she continue to drug and alcohol test.

1

All other previously imposed conditions of pretrial release should remain in full force and effect.

**IT IS SO STIPULATED.**

DATED: November 2013     BENJAMIN B. WAGNER
United States Attorney

By /s/ Heiko Coppola
HEIKO COPPOLA
Assistant U.S. Attorney

DATED: November 2013     The CHASTAINE LAW OFFICE

By /s/ Michael Chastaine
MICHAEL CHASTAINE
Attorney for Defendant
Deborah Barnes

## ORDER

**IT IS SO ORDERED. Good Cause Appearing,** it is hereby ordered that the previously imposed Condition 8 is deleted.

All other previously imposed conditions of pretrial release shall remain in full force and effect.

Dated: November 12, 2013

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE